MANATT, PHELPS & PHILLIPS, LLP
KENNETH B. JULIAN (SBN 149840)
MATTHEW WILLIAMSON (SBN 247627)
CHRISTINA PARRISH (SBN 271719)
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 371-2500
Facsimile:  (714) 371-2550
kjulian@manatt.com
mwilliamson@manatt.com
cparrish@manatt.com

*Attorneys for Defendants*
Eagle Eyes Traffic Industrial Co., Ltd;
E-Lite Automotive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU and YU-CHU LIN, AKA DAVID LIN, <br><br> Defendants. | No.  CR-11-0488 RS <br><br> EAGLE EYES AND E-LITE'S STATEMENT REGARDING OUTSTANDING TRANSLATION DISPUTES AND SPECIFIC OBJECTIONS TO GOVERNMENT'S PROPOSED TRANSLATIONS |

I.    **PRELIMINARY STATEMENT**

The government and the defense have reach agreement on the majority of translation-related disputes involving the Government's Proposed Translations (the "GPTs").  Complete agreement has been reached as to approximately 54 GPTs of the government's initial 106.  As to the remaining GPTs, the parties have narrowed their disputes to a handful of issues,  set forth in the following chart:

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

EAGLE EYES AND E-LITE'S OBJECTIONS
TO GOVERNMENT'S PROPOSED
TRANSLATIONS

CASE NO. CR-11-0488 RS

| DOCUMENT DESCRIPTION | SOURCE TEXT | GOV. PROPOSED TRANSLATION | DEFENSE PROPOSED TRANSLATION |
|---|---|---|---|
| Email 9/17/05 | 目前 (mùqián) | currently | tentatively |
| Email 2/3/08 | 兩年來三家產品及價格已未曾再整合一次 (liǎng niánlái sānjiā chǎnpǐn jí jiàgé yǐ wèicéng zài zhěnghé yīcì) | For two years, the three-companies' products and prices have not been integrated. | For two years, the three-companies have not jointly coordinated their products and prices. |
| Mtg. 9/1/04<br>Mtg. 9/5/01<br>Mtg. 9/15/01<br>Ltr. 10/2/02<br>Ltr.7/8/04<br>Ltr.7/12/04 | 共識 (gòngshì) | consensus | understanding |
| Ltr.10/2/02 | 共識和良好協調 (gòngshì hé liánghǎo xiétiáo) | consensus and good coordination | understanding |
| Mtg. 9/1/04<br>Ltr. 7/8/04<br>Ltr. 7/12/04 | 協議 (xiéyì) | agreement | understanding |
| Mtg. 11/21/01<br>Ltr. 7/8/04<br>Ltr. 7/12/04 | 協議 (xiéyì) | agreement | negotiation |
| Ltr. 7/2/04 | 協議 (xiéyì) | agreed to | discussed |
| Mtg. 9/3/05<br>Mtg. 3/2/06 | 協議 (xiéyì) | agreement | discussion |
| Mtg. 8/5/03 | 約定 (yuēdìng) | agreement | negotiation |
| Mtg. 2/3/08 | 約定 (yuēdìng) | agreement | reached |
| Ltr. 7/8/04<br>Ltr. 7/12/04 | 約定 (yuēdìng) | agreed | arranged |
| Mtg. 11/21/01 | 定 (dìng) | set | negotiated |
| Ltr.7/2/04 | 協定 (xiédìng) | agreed price | negotiation |
| Mtg. 9/3/05<br>Mtg. 2/2/08<br>E-mail 6/5/08<br>Mtg. 6/6/08<br>Mtg. 7/8/04<br>Ltr. 7/12/04<br>Mtg. 8/5/03<br>Mtg. 9/26/03<br>Mtg. 9/1/04<br>Mtg. 11/5/03<br>Mtg. 7/5/06<br>Mtg. 3/19/08<br>Mtg. 3/24/08<br>Mtg. 9/3/05<br>Mtg. 3/2/06 | 價格結構 (jiàgé jiégòu) | price structure | price make-up |
| Mtg. 2/2/08<br>Ltr. 7/8/04<br>Ltr. 7/12/04 | 合作 (hézuò) | cooperation | working together |
| Ltr. 7/8/04<br>Ltr. 7/12/04 | 基本 (jīběn) | basic | general |

| | | | |
|---|---|---|---|
| Ltr. 10/_/02 | 前題 (qián tí) | precondition (typo corrected in translation) | previously read reading material (typo remains in translation) |
| Mtg. 7/29/01 | 龍峰 (lóng fēng) | Long Feng (typo corrected in translation) | dragon mountain peak (typo remains in translation) |

## II. SPECIFIC OBJECTIONS[1]

The defense objects to the GPTs set forth above on the grounds that such proposed translations are not accurate.  The defense further objects to the GPTs set forth above on the grounds that the alternative defense translation is either: (1) an equally valid translation and/or (2) a reasonable alternative translation to the GPTs.  The parties continue to negotiate with respect to the above referenced disputes.  The defense anticipates that further progress will be made with respect to such translations and that the parties will be able to file a Stipulation, prior to the Pre-trial Conference, resolving the vast majority of translation disputes.


Dated:  August 28, 2012          MANATT, PHELPS & PHILLIPS, LLP
                                 Kenneth B. Julian
                                 Matthew Williamson
                                 Christina Parrish
                                 By:  s/ Kenneth B. Julian_____
                                 Kenneth B. Julian
                                 *Attorneys for Defendants*
                                 EAGLE EYES TRAFFIC INDUSTRIAL
                                 CO., LTD; E-LITE AUTOMOTIVE, INC.


304259073.2

---

[1] Eagle Eyes notes that these objections do not include objections to any translations proposed by the government subsequent to the issuance of the Court's Scheduling Order.  Specifically, on August 8, 2012 the government produced revised translations of five audio recordings of various telephone conversations, and on August 16, 2012, the government produced fifteen additional proposed translations of evidence the government intends to introduce at trial.  Defendants have begun their review of these materials, and will continue to meet and confer with the government in an effort to reach stipulations to these additional translations.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

3

EAGLE EYES AND E-LITE'S OBJECTIONS
TO GOVERNMENT'S PROPOSED
TRANSLATIONS