MANATT, PHELPS & PHILLIPS, LLP
KENNETH B. JULIAN (State Bar No. 149840)
MATT WILLIAMSON (State Bar No. 247627)
CHRISTINA PARRISH (State Bar No. 271719)
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626-1924
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
kjulian@manatt.com
mwilliamson@manatt.com
cparrish@manatt.com

*Attorneys for Defendants*
Eagle Eyes Traffic Industrial Co., Ltd; E-Lite Automotive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD; E-LITE AUTOMOTIVE, INC.; HOMY HONG-MING HSU; and YU-CHU LIN, AKA DAVID LIN,<br><br>Defendants. | Case No. CR-11-0488 RS<br><br>**DEFENDANTS EAGLE EYES AND E-LITE'S ADMINISTRATIVE MOTION TO FILE (1) THE GOVERNMENT'S MOTION REGARDING COCONSPIRATOR STATEMENTS; (2) DECLARATIONS OF MAY LEE HEYE; (3) EXHIBITS A-LL ATTACHED TO THE MAY LEE HEYE DECLARATIONS; (4) DECLARATION OF E. KATE PATCHEN; (5) GOVERNMENT TRIAL EXHIBITS; (6) REDACTED PORTIONS OF DEFENDANTS' OPPOSITION TO THE GOVERNMENT'S MOTION REGARDING COCONSPIRATOR STATEMENTS; AND (7) GOVERNMENT'S REPLY REGARDING COCONSPIRATOR STATEMENTS UNDER SEAL; DECLARATION OF KENNETH B. JULIAN IN SUPPORT THEREOF** |

1    Pursuant to Criminal Local Rule 55-1(b) and Civil Local Rules 7-11 and 79-5, Defendants
2    Eagle Eyes Traffic Industrial Co., Ltd. and E-Lite Automotive, Inc. ("Defendants") respectfully
3    bring this administrative motion have the following documents filed under seal:  (1) United
4    States' Motion Regarding Coconspirator Statements; (2) Declarations of May Lee Heye in
5    Support of Motion Regarding Coconspirator Statements; (3) Exhibits A-LL attached to the May
6    Lee Heye Declarations in support of Motion Regarding Coconspirator Statements; (4) Declaration
7    of E. Kate Patchen in Support of Motion Regarding Coconspirator Statements; (5) Government
8    Trial Exhibits; (6) the redacted portions of Defendants' Opposition to the Government's Motion
9    Regarding Coconspirator Statements;[1] and (7) United States' Reply Regarding Coconspirator
10   Statements.  This administrative motion is supported by the Declaration of Kenneth B. Julian in
11   Support of Administrative Motion to Seal, the government's Motion for Administrative Relief to
12   File Document Under Seal Pursuant to Local Rules 7-11 and 79-5 (Document No. 164), and the
13   Declaration of May Lee Heye in Support of United States' Motion for Administrative Relief to
14   File Document Under Seal (Document No. 164-1).

15   Local Rule 79-5 establishes that documents may be filed under seal where a document "is
16   privileged . . . or otherwise entitled to protection under the law," and good cause exists for filing
17   the above-listed documents under seal.  The documents Defendants seek to file under seal both
18   (1) extensively discuss and (2) attach exhibits related to confidential information produced in plea
19   discussions, cooperation offers, and grand jury proceedings.  This type of confidential and highly
20   sensitive information is protected pursuant to Federal Rule of Criminal Procedure 6(e)
21   (confidentiality of grand jury proceedings).  In addition, the documents extensively discuss and
22   attach the government's trial exhibits, which Defendants request to remain sealed to avoid any
23   prejudice resulting from trial exhibits becoming public before trial.  *See Kamakana v. City and*
24   *County of Honolulu*, 447 F.3d 1171, 1178 (9th Cir. 2006) (citations omitted) (documents that are
25   filed with the court may be sealed upon showing of "good cause" if they are "sealed discovery
26   document[s] attached to a non-dispositive motion."); *see also BT Collective v. IP Holdings, LLC*,

---

[1] A redacted/public version of Defendants' Opposition to the Government's Motion Regarding Coconspirator Statements will be filed publicly and delivered to the Court.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

304598997.1         1         DEFENDANTS' APPLICATION TO FILE
                              DOCUMENTS UNDER SEAL

1  No. 11-CV-0021 LAB (WVG), 2011 WL 5873388 at *2 (S.D. Cal. Nov. 23, 2011) (the motion
2  may also be sealed if there is "good cause" to seal its contents).

3      In accordance with these rules, and to avoid the prejudice Defendants would suffer if the
4  information contained in these documents were made a part of the public record, Defendants
5  respectfully request that the above-listed documents be filed under seal. This administrative
6  motion is supported by this motion, the Declaration of Kenneth B. Julian, attached hereto, and the
7  proposed order granting this motion.

9  Dated: September 19, 2012    MANATT, PHELPS & PHILLIPS, LLP
    Kenneth B. Julian
10     Matthew Williamson
    Christina Parrish

13     By: /s/ Kenneth B. Julian
    Kenneth B. Julian
14     *Attorneys for Defendants*
    Eagle Eyes Traffic Industrial Co., Ltd;
    E-Lite Automotive, Inc.

**DECLARATION OF KENNETH B. JULIAN**

I, Kenneth B. Julian, hereby declare:

1. I am a partner at the law firm of Manatt, Phelps and Phillips LLP, counsel for defendants Eagle Eyes Traffic industrial Co., Ltd. and E-Lite Automotive, Inc. ("Defendants"). I am admitted to practice in the State of California and before this court. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. Defendants seek to file under seal pursuant to Criminal Local Rule 55-1(b) and Civil Local Rule 79-5 the following documents: (1) United States' Motion Regarding Coconspirator Statements; (2) Declarations of May Lee Heye in Support of Motion Regarding Coconspirator Statements; (3) Exhibits A-LL attached to the May Lee Heye Declarations in support of Motion Regarding Coconspirator Statements; (4) Declaration of E. Kate Patchen in Support of Motion Regarding Coconspirator Statements; (5) Government Trial Exhibits; (6) the redacted portions of Defendants' Opposition to the Government's Motion Regarding Coconspirator Statements; and (7) United States' Reply Regarding Coconspirator Statements. This administrative motion is made on the grounds that the pleadings listed above extensively discuss, refer and attach exhibits relating to confidential information concerning grand jury proceedings, trial exhibits, and plea negotiations.

3. Defendants seek to file the aforementioned documents under seal because they contain confidential or otherwise protected information pursuant to Federal Rule of Criminal Procedure 6(e) and Federal Rules of Evidence 408 and 410 and/or documents that were previously filed under seal in this case by either the Court or the Government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 19, 2012, at Costa Mesa, California.

/s/ Kenneth B. Julian
Kenneth B. Julian

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

304598997.1

3

DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL