**SPECIAL ASSESSMENT**
**PAID IN FULL**

**U.S. Courts**
**Case Inquiry Report**

Defendant: Eagle Eyes Traffic Industrial ~~N311CR000488; Party Num: 002; Payee Code: N/A~~

Amount $ 400.00            Date: 10/17/12    ~~ls:~~ N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**    DCAN311CR000488        **Case Title**    US V HOMY HONG-MING HSU

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | PTY15307 | EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD | PARCA1273400. | SPECIAL PENALTY ASSESSMENT | | 400.00 | 400.00 | 0.00 |
| 002 | PTY15307 | EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD | PARCA1273400. | FINE-CRIME VICTIMS FUND | | 100,000.00 | 100,000.00 | 0.00 |
| | | | | | | 100,400.00 | 100,400.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | | | |
| CT 34611079738 | | 10/17/2012 | 10/17/2012 | PR | 400.00 | EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD | | O | 04 | 504100 |
| DCAN311CR000488-002 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | | |
| CT 34611079738 | | 10/17/2012 | 10/17/2012 | PR | 400.00 | EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD | | O | 04 | 504100 |
| DCAN311CR000488-002 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT 34611079738 | | 10/17/2012 | 10/17/2012 | PR | 99,600.00 | EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD | | O | 04 | 504100 |
| DCAN311CR000488-002 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |